# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1331

———————————————

MATTHEW LEE ROBINSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal – Original Jurisdiction.

March 15, 2018

PER CURIAM.

DISMISSED.   *See* Florida Rule of Appellate Procedure 9.141(c)(5)(A).

WOLF, LEWIS, and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Matthew Lee Robinson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.